IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
Civil Action No. 4:05-CV-55-D

| | | |
|---|---|---|
| PCS PHOSPHATE COMPANY. INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | **PLAINTIFF PCS PHOSPHATE** |
| v. | ) | **COMPANY, INC.'S PRE-TRIAL** |
| | ) | **DISCLOSURES** |
| NORFOLK SOUTHERN CORP. AND | ) | |
| NORFOLK SOUTHERN RAILWAY | ) | |
| COMPANY, INC., | ) | |
| Defendants. | ) | |

## INTRODUCTION

Plaintiff PCS Phosphate Company, Inc. ("PCS") submits the following pre-trial disclosures in accordance with Fed. R. Civ. P. 26(a)(3) and pursuant to the November 7, 2007 Scheduling Order.

## PCS WITNESSES

PCS intends to call the following witness at trial:

1.      Ivan K. ("Tex") Gilmore, 1530 NC Highway 306 South, Aurora, North Carolina 27806; 252-322-8227. Mr. Gilmore's testimony will be given live at trial.

PCS may call the following witness for trial, if needed:

2.      Robert Chiles, 417-A Broad Street, New Bern, North Carolina 28564; 252-637-4702. Mr. Chiles' testimony, if needed, will be given live at trial.

3.      To the extent Defendants' January 4, 2008 disclosures raise issues requiring engineering, railroad construction, or accounting expertise, PCS reserves the right to call a fact or expert witness in any of these areas to rebut Defendants' contentions and evidence.

4.      Any witness Defendants identify in their pre-trial disclosures or otherwise intend to call at trial.

5. Any witness necessary to rebut or impeach Defendants' evidence.

6. Any witness identified during any 30(b)(6) depositions taken by Defendants or by PCS, as authorized in the Scheduling Order.

7. Any other witness who may be identified during the course of the trial or in preparation thereof.

## PCS EXHIBITS

PCS intends to offer the following exhibits:

1. Aerial Map of Former and Relocated Railroad Line dated May 31, 2006

2. Mine Advance Plan

    2A. Map of Mine Advance dated November 16, 2007

    2B. Photograph of Existing NSRR Track and Prestrip Advance

3. PCS Phosphate Company Inc.'s Complaint and Exhibits

    3A. Deed of Easement dated June 29, 1965

    3B. Deed of Easement dated June 29, 1965

    3C. Deed of Easement dated October 12, 1965

    3D. Deed of Easement dated April 15, 1966

    3E. Deed of Easement dated May 3, 1966

    3F. November 20, 2003 letter from PCS to Norfolk Southern

    3G. March 13, 2003 letter from C. Wilson

    3H. December 16, 2004 letter from K. McQuade

    3I. February 11, 2005 letter from K. McQuade

4. Summary of Total Costs of Railroad Relocation Project

5. Estimated Cost to PCS for Key PCS Employees on Railroad Relocation Project

RAL 382872v1

6.      Interest Calculations on Damages (to be submitted at trial in conformity with the evidence)

7.      Stages of Construction of Relocated Track

      7A.    Project Map for Relocation Project

      7B.    July 13, 2006 Mining Planning Monthly Update

      7C.    August 1, 2006 Mining Planning Monthly Update

      7D.    August 31, 2006 Mining Planning Monthly Update

      7E.    October 5, 2006 Mining Planning Monthly Update

      7F.    November 1, 2006 Mining Planning Monthly Update

      7G.    December 1, 2006 Mining Planning Monthly Update

      7H.    January 11, 2007 Mining Planning Monthly Update

      7I.    February 1, 2007 Mining Planning Monthly Update

      7J.    March 1, 2007 Mining Planning Monthly Update

      7K.    April 10, 2007 Mining Planning Monthly Update

8.      Railroad Construction Photographs

9.      Organizational Chart of PCS Employees on Relocation Project

10.      Manual for Railway Engineering (Multivolume Set published by American Railway Engineering and Maintenance of Way Association, 2005 Ed.) (excerpts to be submitted, if necessary)

11.      PCS Requests for Norfolk Southern Specifications

      11A.    March 9, 2005 letter from Robert M. Chiles, P.E.

      11B.    April 1, 2005 letter from Robert M. Chiles, P.E.

      11C.    August 19, 2005 letter from Robert M. Chiles P.E. to Jim Rader

11D.  August 19, 2005 letter from Robert M. Chiles P.E. to J. N. Carter

11E.  September 20, 2005 letter from Charles E. Raynal, IV

12.  2003 E-mail Correspondence Regarding Railroad Relocation Costs

13.  Verified Statement of David A. Becker

14.  October 21, 2005 Final Report by HNTB

15.  Documents necessary to address issues raised in Defendants' January 4, 2008 disclosure regarding contested damages issues (if any)

16.  Defendants' Exhibits

17.  Impeachment Exhibits (if any)

18.  Rebuttal Exhibits (if any)

This the 20th day of December, 2007.

/s/ Charles E. Raynal, IV
R. Bruce Thompson II
N.C. State Bar No. 21468
Charles E. Raynal, IV
N.C. State Bar No. 32310
PARKER POE ADAMS & BERNSTEIN LLP
150 Fayetteville Street, Suite 1400
Post Office Box 389
Raleigh, North Carolina  27602-0389
Telephone: (919) 828-0564
Facsimile:  (919) 834-4564
**Attorneys for PCS Phosphate Company, Inc.**

4

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served a copy of the foregoing **PLAINTIFF PCS PHOSPHATE COMPANY, INC.'S PRE-TRIAL DISCLOSURES** on all parties to this action by hand delivery, addressed as follows:

>Odes L. Stroupe, Jr.
>John S. Byrd, II
>Bode, Call & Stroupe, L.L.P.
>Post Office Box 6338
>Raleigh, North Carolina  27628-6338

This the 20th day of December, 2007.

>/s/ Charles E. Raynal, IV
>Charles E. Raynal, IV
>PARKER POE ADAMS & BERNSTEIN LLP
>150 Fayetteville Street, Suite 1400
>Post Office Box 389
>Raleigh, North Carolina  27602-0389