# UNITED STATES DISTRICT COURT

__EASTERN__ DISTRICT OF __NORTH CAROLINA__

PCS Phosphate Company, Incorporated

V.

Norfolk Southern Corporation, et al

**EXHIBIT AND WITNESS LIST**

Case Number: 4:05-cv-55-D

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Honorable James C. Dever III | R. Bruce Thompson and Charles E. Raynal | Odes L. Stroupe and John S. Byrd |
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
| January 25, 2008 | Sharon Kroeger | Julie Richards |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 1/25/08 | | 1/25/08 | Aerial Map of Former and Relocated Railroad Line dated May 31, 2006 |
| 2A | | 1/25/08 | | 1/25/08 | Map of Mine Advance dated November 16, 2007 |
| 2B | | 1/25/08 | | 1/25/08 | Photograph of Existing NSRR Track and Prestrip Advance |
| 3 | | 1/25/08 | | 1/25/08 | PCS Phosphate Company Inc.'s Complaint and Exhibits |
| 3A | | 1/25/08 | | 1/25/08 | Deed of Easement dated June 29, 1965 |
| 3B | | 1/25/08 | | 1/25/08 | Deed of Easement dated June 29, 1965 |
| 3C | | 1/25/08 | | 1/25/08 | Deed of Easement dated October 12, 1965 |
| 3D | | 1/25/08 | | 1/25/08 | Deed of Easement dated April 15, 1966 |
| 3E | | 1/25/08 | | 1/25/08 | Deed of Easement dated May 3, 1966 |
| 3F | | 1/25/08 | | 1/25/08 | November 20, 2003 letter from PCS to Norfolk Southern |
| 3G | | 1/25/08 | | 1/25/08 | March 13, 2003 letter from C. Wilson |
| 3H | | 1/25/08 | | 1/25/08 | December 16, 2004 letter from K. McQuade |
| 3I | | 1/25/08 | | 1/25/08 | February 11, 2005 letter from K. McQuade |
| 4 | | 1/25/08 | | 1/25/08 | Summary of Total Costs of Railroad Relocation Project |
| 5 | | 1/25/08 | | 1/25/08 | Estimated Cost to PCS for Key PCS Employees on Railroad Relocation Project |
| 6 | | 1/25/08 | | 1/25/08 | Interest Calculations on Damages |
| 6A | | 1/25/08 | | 1/25/08 | Prejudgment Interest calculations on Damages From Date of Defendants' Breach |
| 6B | | 1/25/08 | | 1/25/08 | Prejudgment Interest (Alternative Calculation) |
| 7 | | 1/25/08 | | 1/25/08 | Stages of Construction of Relocated Track |
| 7A | | 1/25/08 | | 1/25/08 | Project Map for Relocation Project |
| 7B | | 1/25/08 | | 1/25/08 | July 13, 2006 Mining Planning Monthly Update |
| 7C | | 1/25/08 | | 1/25/08 | August 1, 2006 Mining Planning Monthly Update |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of 4 Pages

Case 4:05-cv-00055-D Document 84 Filed 01/28/08 Page 1 of 4

# EXHIBIT AND WITNESS LIST – CONTINUATION

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | | | | | PCS Phosphate Company, Inc. vs. Norfolk Southern Corporation, et al — CASE NO. 4:05-cv-55-D |
| 7D | | 1/25/08 | | 1/25/08 | August 31, 2006 Mining Planning Monthly Update |
| 7E | | 1/25/08 | | 1/25/08 | October 5, 2006 Mining Planning Monthly Update |
| 7F | | 1/25/08 | | 1/25/08 | November 1, 2006 Mining Planning Monthly Update |
| 7G | | 1/25/08 | | 1/25/08 | December 1, 2006 Mining Planning Monthly Update |
| 7H | | 1/25/08 | | 1/25/08 | January 11, 2007 Mining Planning Monthly Update |
| 7I | | 1/25/08 | | 1/25/08 | February 1, 2007 Mining Planning Monthly Update |
| 7J | | 1/25/08 | | 1/25/08 | March 1, 2007 Mining Planning Monthly Update |
| 7K | | 1/25/08 | | 1/25/08 | April 10, 2007 Mining Planning Monthly Update |
| 8 | | 1/25/08 | | 1/25/08 | Railroad Construction Photographs |
| 9 | | 1/25/08 | | 1/25/08 | Organizational Chart of PCS Employees on Relocation Project |
| 10 | | 1/25/08 | | 1/25/08 | Manual for Railway Engineering (Multivolume Set published by American Railway Engineering and Maintenance of Way Association, 2005 Ed.)(excerpts to be submitted, if necessary) |
| 11 | | 1/25/08 | | 1/25/08 | PCS Requests for Norfolk Southern Specifications |
| 11A | | 1/25/08 | | 1/25/08 | March 9, 2005 letter from Robert M. Chiles, P.E. |
| 11B | | 1/25/08 | | 1/25/08 | April 1, 2005 letter from Robert M. Chiles, P.E. |
| 11C | | 1/25/08 | | 1/25/08 | August 19, 2005 letter from Robert M. Chiles, P.E. to Jim Rader |
| 11D | | 1/25/08 | | 1/25/08 | August 19, 2005 letter from Robert M. Chiles, P.E. to J.N. Carter |
| 11E | | 1/25/08 | | 1/25/08 | September 20, 2005 letter from Charles E. Raynal, IV |
| 12 | | 1/25/08 | | 1/25/08 | 2003 E-mail Correspondence Regarding Railroad Relocation Case |
| 13 | | 1/25/08 | | 1/25/08 | Verified Statement of David A. Becker |
| 14 | | 1/25/08 | | 1/25/08 | October 21, 2005 Final Report by HNTB |
| 15 | | 1/25/08 | | 1/25/08 | Application for Authority to Abandon Rail Line of Norfolk Southern Railway Company |
| 16 | | 1/25/08 | | 1/25/08 | Documents necessary to address issues raised in Defendants' January 4, 2008 disclosure and January 10, 2008 30(b)(6) deposition of Defendants regarding contested damages issues (if any) |
| | | | | 1/25/08 | Ivan K. Gilmore |
| | | | | 1/25/08 | Robert M. Chiles, P.E. |

| PCS Phosphate Company, Incorporated vs. Norfolk Southern Corporation, et al | | | | | CASE NO. 4:05-cv-55-D |
|---|---|---|---|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | 1 | 1/25/08 | | 1/25/08 | Valuation Map |
| | 2 | 1/25/08 | | 1/25/08 | "Disputed ML Trackage Constructed by PCS Phosphate" Chart |
| | 3 | 1/25/08 | | 1/25/08 | "Estimated Cost per TF for Trackage Constructed by PCS Phosphate" Chart |
| | 4 | 1/25/08 | | 1/25/08 | "Excess Siding Track Footage Constructed by PCS Phosphate" Chart |
| | 5 | 1/25/08 | | 1/25/08 | "Estimated Allocated Cost per TF for Excess Siding Trackage Constructed by PCS Phosphate" Chart |
| | 6 | 1/25/08 | | 1/25/08 | "Track Footage Takeoff at PCS Phosphate" Chart |
| | 7 | 1/25/08 | | 1/25/08 | Photograph Labeled "PCS Aurora NC 121807" 001 |
| | 8 | 1/25/08 | | 1/25/08 | Photograph Labeled "PCS Aurora NC 121807" 002 |
| | 9 | 1/25/08 | | 1/25/08 | Photograph Labeled "PCS Aurora NC 121807" 003 |
| | 10 | 1/25/08 | | 1/25/08 | Photograph Labeled "PCS Aurora NC 121807" 004 |
| | 11 | 1/25/08 | | 1/25/08 | Photograph Labeled "PCS Aurora NC 121807" 005 |
| | 12 | 1/25/08 | | 1/25/08 | Photograph Labeled "PCS Aurora NC 121807" 006 |
| | 13 | 1/25/08 | | 1/25/08 | Photograph Labeled "PCS Aurora NC 121807" 007 |
| | 14 | 1/25/08 | | 1/25/08 | Photograph Labeled "PCS Aurora NC 121807" 008 |
| | 15 | 1/25/08 | | 1/25/08 | Photograph Labeled "PCS Aurora NC 121807" 009 |
| | 16 | 1/25/08 | | 1/25/08 | Photograph Labeled "PCS Aurora NC 121807" 010 |
| | 17 | 1/25/08 | | 1/25/08 | Photograph Labeled "PCS Aurora NC 121807" 011 |
| | 18 | 1/25/08 | | 1/25/08 | Photograph Labeled "PCS Aurora NC 121807" 012 |
| | 19 | 1/25/08 | | 1/25/08 | Photograph Labeled "PCS Aurora NC 121807" 013 |
| | 20 | 1/25/08 | | 1/25/08 | Photograph Labeled "PCS Aurora NC 121807" 014 |
| | 21 | 1/25/08 | | 1/25/08 | Photograph Labeled "PCS Aurora NC 121807" 015 |
| | 22 | 1/25/08 | | 1/25/08 | Photograph Labeled "PCS Aurora NC 121807" 016 |
| | 23 | 1/25/08 | | 1/25/08 | Photograph Labeled "PCS Aurora NC 121807" 017 |
| | 24 | 1/25/08 | | 1/25/08 | Photograph Labeled "PCS Aurora NC 121807" 018 |
| | 25 | 1/25/08 | | 1/25/08 | Photograph Labeled "PCS Aurora NC 121807" 019 |
| | 26 | 1/25/08 | | 1/25/08 | Photograph Labeled "PCS Aurora NC 121807" 020 |
| | 27 | 1/25/08 | | 1/25/08 | Photograph Labeled "PCS Aurora NC 121807" 021 |

# EXHIBIT AND WITNESS LIST – CONTINUATION

| PCS Phosphate Company, Incorporated vs. Norfolk Southern Corporation, et al | | | | | CASE NO. 4:05-cv-55-D |
|---|---|---|---|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | 28 | 1/25/08 | | 1/25/08 | Photograph Labeled "PCS Aurora NC 121807" 022 |
| | 29 | 1/25/08 | | 1/25/08 | Photograph Labeled "PCS Aurora NC 121807" 023 |
| | 30 | 1/25/08 | | 1/25/08 | Photograph Labeled "PCS Aurora NC 121807" 024 |
| | 31 | 1/25/08 | | 1/25/08 | Photograph Labeled "PCS Aurora NC 121807" 025 |
| | 32 | 1/25/08 | | 1/25/08 | Photograph Labeled "PCS Aurora NC 121807" 026 |
| | 33 | 1/25/08 | | 1/25/08 | Photograph Labeled "PCS Aurora NC 121807" 027 |
| | 34 | 1/25/08 | | 1/25/08 | Photograph Labeled "PCS Aurora NC 121807" 028 |
| | 35 | 1/25/08 | | 1/25/08 | Interest Calculations on Damages (to be submitted at trial in conformity with the evidence) |
| | | | | 1/25/08 | Joseph B. Traywick |
| | | | | 1/25/08 | David A. Becker |