UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
Civil Action No.: 4:05-CV-55-d

| | |
|---|---|
| PCS PHOSPHATE COMPANY, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **PLAINTIFF PCS PHOSPHATE** |
| ) | **COMPANY, INC.'S BILL** |
| NORFOLK SOUTHERN CORPORATION and ) | **OF COSTS** |
| NORFOLK SOUTHERN RAILWAY COMPANY, ) | |
| ) | |
| Defendants. ) | |
| ) | |

Pursuant to Fed. R. Civ. P. 54, 28 U.S.C. § 1920, and Local Civil Rule 54.1, EDNC, Plaintiff PCS Phosphate Company, Inc. ("PCS") hereby requests the Clerk to tax the following costs against Defendants Norfolk Southern Corporation and Norfolk Southern Railway Company in this action:

| | | | |
|---|---|---|---|
| 1) | **Fees of the Clerk** | | **$250.00** |
| | Filing Fee initiating the action on May 6, 2005 Court Receipt # 19380 | | |
| 2) | **Fees of the Court Reporter** | | **$6,851.55** |
| | Deposition of Curtis Brown | $72.00 | |
| | Deposition of Philip Burris | $281.95 | |
| | Deposition of Sarah Corey | $804.45 | |
| | Deposition of Benton Fisher | $368.80 | |
| | Deposition of Marcellus Kirchner | $1,075.75 | |
| | Deposition of Thomas Brugman (Volumes I & II) | $1,361.70 | |

RAL 385770v1

| | | |
|---|---|---|
| | Deposition of Ivan K. Gilmore | $585.00 |
| | Deposition of Carl Wilson | $929.10 |
| | Deposition of Thomas Regan | $422.30 |
| | Deposition of Keith Schneiring | $13.50 |
| | Deposition of David Becker | $937.00 |
| **3)** | **Fees for Exemplifications and Copies of Papers** | **$1,292.36** |
| | 7371 Copies at .15¢ per page | $1,105.65 |
| | Exemplification of Trial Exhibit 1 | $116.25 |
| | Exemplification of Trial Exhibit 2C | $70.46 |
| **Total** | | **$8,393.91** |

In support of this bill of costs, Plaintiff submits a memorandum contemporaneous with this filing.

THEREFORE, Plaintiff requests that the Court enter an order requiring the Defendants to pay Plaintiff's costs in the amount of $8,393.91

This the 11th day of February, 2008.

> By: /s/ Charles E. Raynal, IV
> R. Bruce Thompson, II
> N.C. State Bar No. 21468
> Charles E. Raynal, IV
> N.C. State Bar No. 32310
> PARKER, POE, ADAMS & BERNSTEIN L.L.P.
> 150 Fayetteville Street Mall, Suite 1400
> Post Office Box 389
> Raleigh, North Carolina 27602-0389
> Phone: (919) 828-0564
> Fax: (919) 834-4564
> *Attorneys for PCS Phosphate Company, Inc.*

## CERTIFICATE OF SERVICE

This is to certify that on this date I served the foregoing **Plaintiff's Bill of Costs** on all parties to this action by electronic delivery as follows:

>Odes L. Stroupe, Jr.
>John S. Byrd, II
>Bode, Call & Stroupe, L.L.P.
>Post Office Box 6338
>Raleigh, North Carolina 27628-6338

This the 11th day of February, 2008.

>/s/ Charles E. Raynal, IV
>Charles E. Raynal, IV
>PARKER POE ADAMS &
>BERNSTEIN LLP
>150 Fayetteville Street, Suite 1400
>Post Office Box 389
>Raleigh, North Carolina 27602-0389

RAL 385770v1